IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WARREN, | § | |
| | § | No. 391, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1207020480 |
| Plaintiff Below- | § | |
| Appellee. | § | |
| | § | |

Submitted: August 16, 2016
Decided: August 30, 2016

# **O R D E R**

This 30th day of August 2016, it appears to the Court that, on July 29, 2016, the Clerk of the Court issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal in a timely manner. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice